Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:00CR76-001/RV

BENJAMIN NICHOLAS MONTELEONE

On January 30, 2001, the above named was sentenced to a period of four (4) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Benjamin Nicholas Monteleone be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 24 day of July, 2006.

Roger Vinson
Senior U.S. District Judge

06 JUL 24

FILED